# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CRIMINAL CASE NO. 1:11-cr-00085-MR-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DAVID G. SMITH.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

This matter is currently set for a restitution hearing on February 7, 2014. Because the Defendant's presence is required for this hearing, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** as follows that the United States Marshal shall have the Defendant present in Asheville, North Carolina, for the restitution hearing on **February 7, 2014 at 9:00 a.m.**

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, counsel for the Defendant, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.** Signed: January 15, 2014

Martin Reidinger
United States District Judge